NO. 7656.                        STATE OF LOUISIANA

JOSEPH ASHER
                                 COURT OF APPEAL
          VS

ANTHONY J. ROSSI, ET AL.        PARISH OF ORLEANS.
--------------------------------------------------------------------

ORDER.

In this matter Judges Claiborne and Dinkelspiel hold themselves recused, and it is ordered by Judge St. Paul that Judges Skinner and Cage of the Civil District Court for the Parish of Orleans be requested to assist in the hearing and determination of this cause. It is further ordered that the Motion to Dismiss and the Merits be fixed at one time at the next term of court.

OK *[signature]*

*Court of Appeal*
*PARISH OF ORLEANS*
FILED 12-1919
*[signature] Stansbury*

117